478 A.2d 84

Jo Vi Jo, Inc., et al. v. Union Real Estate,
et al., Appellants.

Argued September 29, 1983.   S. Michael
Strieb, for appellant;  Frank J. Lucchino, for Jo Vi Jo,
appellee;  Debra M. Coulson, for Great Atlantic, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed in part and reversed in part and remanded.

Jurisdiction is not retained.

McEWEN, J. filed a dissenting memorandum.

478 A.2d 85

Kann, Appellant, v. Kann.

Argued April 10, 1984.   Phyllis Raphael, for appellant;  Robert C. Capristo, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.